IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | §   Cr. No. C-04-39 |
| v. | § |
| | § |
| MICHAEL EUGENE SANCHEZ. | § |

## ORDER APPOINTING COUNSEL

Currently pending before the Fifth Circuit is Michael Eugene Sanchez's motion to reinstate his direct criminal appeal. Sanchez has filed a letter motion in the district court requesting the appointment of counsel to assist him in obtaining reinstatement of his appeal and prosecuting his appeal, if reinstated. (D.E. 53). Sanchez's motion for appointment of counsel is GRANTED. The Office of the Federal Public Defender is hereby appointed to represent Sanchez.

ORDERED this 2nd day of May, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE